# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| FRANK A MOULTRIE, | ) |
| Plaintiff, | ) |
| v. | ) 2:18-cv-01521-LSC |
| FORD MOTOR COMPANY, *et al.*, | ) |
| Defendants. | ) |

# ORDER

For the reasons stated in the Memorandum of Opinion entered contemporaneously herewith, the objections of Defendant Charles O. Wall, II ("Wall") to the bankruptcy judge's report and recommendation are OVERRULED and the bankruptcy judge's report and recommendation (doc. 1) as supplemented by the Memorandum of Opinion entered contemporaneously herewith is hereby ACCEPTED and ADOPTED. Accordingly, Wall's Motion for Summary Judgment is GRANTED in PART and DENIED in PART.

**DONE** and **ORDERED** on August 9, 2019.

L. Scott Coogler
United States District Judge

195126